

FILED

FEB - 4 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTOPHER D. BAKER
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 IN THE MATTER OF:                    CASE NO.   1:13-SW-00008 BAM

12 548 South Woodrow Avenue             ORDER TO UNSEAL SEARCH WARRANT
   Fresno, California 93720             AFFIDAVIT AND WARRANTS
13

14

15         The search warrant affidavit in this case having been

16 sealed by Order of its Court on January 11, 2013, and it appearing

17 that the affidavit and warrant are not required to remain secret

18 based upon the motion submitted by the government,

19         IT IS HEREBY ORDERED that the search warrant affidavits and

20 warrants be unsealed and made public record.

21

22 DATED: 2/4/13

23                             UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

   Order to Unseal Search Warrant Affidavit        1
   and Warrant